**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSEPH A. GARBACIK,**

      **Plaintiff,**

**-vs-**                                **Case No. 6:05-cv-1148-Orl-28KRS**

**WAL-MART TRANSPORTATION, LLC,**
**MICHAEL JEFFERSON EDWARDS,**
**RONALD F. CHOMA, SHARON K. CHOMA,**

      **Defendants.**

## ORDER TO STRIKE

Document # 15, Reply to Affirmative Defenses, was filed in the above-styled case. It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason listed below. Therefore, the document is **ORDERED** stricken and the Clerk is directed to delete the document. Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

**Unauthorized Pleading:**

Replies or Responses to Affirmative Defenses are not authorized pleadings pursuant to the Federal Rules of Civil Procedure

**DONE** and **ORDERED** this 17th day of August, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE